| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4:16CR00426-29 CDP |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00260-GMN-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mark Flotron<br>Las Vegas, NV | Eastern District of Missouri | Eastern Division<br>St. Louis, MO |

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**AUGUST 26, 2025**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Catherine D. Perry<br>Senior United States District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | March 21, 2025 | March 20, 2028 |

OFFENSE
Conspiracy to Distribute Actual Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Flotron has established a stable residence, and the majority of his family has relocated to the District of Nevada. Furthermore, Flotron has no intention of returning to the Eastern District of Missouri for the remainder of his time on supervised release.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 25, 2025
*Date*

*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 5, 2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Mark Flotron

Case No.:  4:16CR00426

2:25-cr-00260-GMN-EJY

August 26, 2025

TO:    The Honorable District Court Judge

On November 8, 2017, Flotron was sentenced by the Honorable Catherine D. Perry to 132 months custody followed by three (3) years of supervised release. On March 21, 2025, supervision commenced in the District of Nevada.

The purpose of this letter is to inform the District of Nevada that the Eastern District of Missouri has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form 22. Flotron has significant ties to the community and has no intentions of returning to Eastern District of Missouri, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for the Court's review.

Should you have any questions, please contact the undersigned at Deleyna_Joseph@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

Digitally signed by
Deleyna Jensen
Date: 2025.08.26
13:37:20 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Steve
Goldner
Date: 2025.08.26 13:07:09
-07'00'

Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Mark Flotron